UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 8:19-CV-00829-DOC-JDE |
| Plaintiff, | Judgment Re: Default Judgment |
| v. | |
| **Gareth Gladwyn Butler,** in individual and representative capacity as trustee of the Butler Family Trust Udt February 15, 2008; **Yael Weinberger Butler,** in individual and representative capacity as trustee of the Butler Family Trust Udt February 15, 2008; **Butler Box And Stake, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Following the Court's ruling on August 27, 2019 the Court grants JUDGMENT in favor of plaintiff Chris Langer and against defendants Gareth Gladwyn Butler, in individual and representative capacity as trustee of the Butler Family Trust Udt February 15, 2008; Yael

Weinberger Butler, in individual and representative capacity as trustee of the Butler Family Trust Udt February 15, 2008; Butler Box And Stake, Inc., a California Corporation in the amount of $4000 in statutory damages, $2,257.50 in attorneys' fees, and $853.95 in costs –totaling $7,111.45.

Additionally, defendants Gareth Gladwyn Butler, in individual and representative capacity as trustee of the Butler Family Trust Udt February 15, 2008; Yael Weinberger Butler, in individual and representative capacity as trustee of the Butler Family Trust Udt February 15, 2008; Butler Box And Stake, Inc., a California Corporation are ordered ==to remove barriers at the Store in compliance with federal and state law, so that the facility is readily accessible to, and usable by, individuals with disabilities== at the property located at 3514 Westminster Avenue, Santa Ana, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

//

Dated: October 30, 2019   By:_____*David O. Carter*_____
                              Hon. DAVID O. CARTER
                              United States District Judge